UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
BIRMINGHAM DIVISION

| | | |
|---|---|---|
| ROGER ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 2:12-cv-2695-JHH |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

As indicated by the signatures of their counsel below, all parties to this action hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action, with prejudice, with all parties to bear their own costs and attorney's fees incurred to date.

DATED: August 9, 2013                           DATED: August 9, 2013

ALPER & MANN, P.C.                              FISHER & PHILLIPS LLP

*[signature] Lawrence M. Mann (By ESI w/ express permission)*    *[signature]*

Lawrence M. Mann                                E. Scott Smith
9205 Redwood Avenue                             GA Bar # 656736
Bethesda, MD 20817                              Admitted Pro Hac Vice
Tel: 202-298-9191                               1075 Peachtree Street, NE

Lm.mann@verizon.net

ATTORNEYS FOR PLAINTIFF

Suite 3500
Atlanta, GA 30309
ssmith@laborlawyers.com
Tel: 404-231-1400
Fax: 404-240-4249

ATTORNEYS FOR DEFENDANT