FILED
2013 Aug-12  PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ROGER ROBERTS,** | ) | |
| **PLAINTIFF,** | ) | |
| **VS.** | ) | **2:12:cv-2695-JHH** |
| **NORFOLK SOUTHERN CORPORATION; DANIEL J. BOSTEK; and TODD REYNOLDS,** | ) ) ) | |
| **DEFENDANTS.** | ) | |

**ORDER OF DISMISSAL**

The parties have made known to the court that they have resolved all the issues embraced in this action by the filing on  August 9, 2013 of a joint stipulation of dismissal (doc. #36) .   This order is entered to implement such resolution.  Accordingly, the joint stipulation of dismissal is **APPROVED,** and, it is **ORDERED, ADJUDGED and DECREED** that this action is **DISMISSED** with prejudice**.**  Each party to bear their own costs and attorney's fees.

**DONE** this the ___12th___ day of August, 2013.

James W. Hancock

SENIOR UNITED STATES DISTRICT JUDGE